**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JAMES HURSTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:21-CV-00318 JAR |
| | ) |
| SPECIALIZED LOAN SERVICING, LLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein granting summary judgment in favor of Defendant Specialized Loan Servicing, LLC and against Plaintiff James Hurster,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that all claims asserted by Plaintiff James Hurster against Defendant Specialized Loan Servicing, LLC are **DISMISSED WITH PREJUDICE.**

Dated this 5th day of August, 2022.

_John A. Ross_
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**